IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

M.D. DOE, by her Next Friend
FATHER OF M.D. DOE; C.W. DOE,
by his Next Friend MOTHER OF C.W. DOE;
and K.H. DOE, by her Next Friend
FATHER OF K.H. DOE,

Case No. 13-cv-11687

Hon. George Caram Steeh

    Plaintiffs,

v.

LIVONIA PUBLIC SCHOOLS, a Michigan
municipal corporation, SHARON TURBIAK,
NANCY RESPONDEK, RANDY LIEPA, CANDY SOKOL,
CINDY DeMAN, SHELLIE MOORE, BETH SANTER,
TRACEY CREWS, MAEGAN SPROW, CAROL
DeBEAUDRY, DIANE SLOBODA, DOROTHY
CHOMICZ, MERIS HOPPE, LESLEY HOSKINS,
KATHY DONAGRANDI, and MICHAEL FENCHEL

    Defendants.
_____/

SEIKALY & STEWART, P.C.
Attorneys for Plaintiffs
WILLIAM R. SEIKALY (P33165)
JEFFREY T. STEWART (P24138)
BENJAMIN J. WILENSKY (P75302)
30300 Northwestern Hwy., Ste. 200
Farmington Hills, Michigan 48334
(248) 785-0102
wrs@sslawpc.com
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND TO FILE UNDER SEAL AFFIDAVIT OF COUNSEL IDENTIFYING PLAINTIFFS

    Plaintiffs having filed a Complaint setting forth causes of action under 42 U.S.C. §1983, 20 U.S.C. §1681, MCL §722.623, and MCL § 37.2101;

And Plaintiffs having also filed a motion to file under seal the affidavit of William R. Seikaly, which reveals Plaintiffs' true identities, in order to protect their privacy;

The Court having reviewed Plaintiffs' motion, the supporting brief, and the Affidavit submitted in support of the motion;

NOW, THEREFORE, pursuant to E.D. Mich. LR 5.3(b), the Court finds:

1. Plaintiffs have filed a written motion identifying the specific interest to be protected by the sealing of the Affidavit which reveals their true identities;

2. Good cause exists for allowing Plaintiffs to file the Affidavit of their identities under seal, specifically: to protect their privacy and to protect them from further embarrassment and humiliation; and,

3. There are no less restrictive means to adequately and effectively protect the specific interests asserted.

**THEREFORE, IT IS HEREBY ORDERED** that plaintiffs' motion for a protective order and to file under seal the affidavit of identity is GRANTED. The attorney shall electronically file the sealed pleading using the "sealed matter" event with the "FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER," or similar language on the document.

**IT IS FURTHER ORDERED** that all parties, their agents, attorneys and all witnesses to this litigation shall maintain and protect from disclosure the name of the plaintiff absent further order of this Court.

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: 4-17-13